ORIGINAL

FILED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 1140 L

| UNITED STATES OF AMERICA, | ) | Criminal Case No. |
|---|---|---|
| Plaintiff, | ) | <u>I N F O R M A T I O N</u> |
| v. | ) | |
| | ) | Title 7, U.S.C., Secs. 136j (a)(1)(A) and 136l(b)(1)(B)- Sale of Unregistered Pesticide Title 42, U.S.C., Secs. 7413(c)(1) and 7671h-Unlawful Sale of Ozone Depleting Substance; Title 49, U.S.C., Sec. 5124-Unlawful Transportation of Hazardous Substances |
| DAVID GRUMMER, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

<u>Count 1</u>

Between on or about April, 2005 and on or about January 14, 2008, within the Southern District of California, defendant DAVID GRUMMER, a person who sells and distributes pesticides, did knowingly offer for sale, distribute, ship and sell pesticides that are unregistered and pesticides whose registration has been cancelled, to wit: DDT and Chlordane, a misdemeanor, in violation of Title 7, United States Code, Sections 136j(a)(1)(A) and 136l(b)(1)(B).

//

Count 2

Between on or about April, 2005, and on or about January 14, 2008, within the Southern District of California, defendant DAVID GRUMMER did knowingly violate a requirement of the regulations on stratospheric ozone control, to wit: the prohibition on the sale of R-12 freon, a class I substance, for use as a refrigerant in a motor vehicle to an individual who was not properly certified, in violation of Title 42, United States Code, Section 7413(c)(1) and 40 CFR 82.154(m).

Count 3

Between on or about April, 2005, and on or about January 14, 2008, within the Southern District of California, defendant DAVID GRUMMER did knowingly and willfully violate a requirement of the regulations regarding the transportation of hazardous substances, to wit: DDT, Chlordane and compressed gases CFC-12 and CFC-134, in that he did not declare and classify them as hazardous substances on the shipping papers, in violation of Title 49, United States Code, Section 5124 and 49 CFR 171.2.

DATED: April 17th, 2008.

KAREN P. HEWITT
United States Attorney

MELANIE K. PIERSON
Assistant U.S. Attorney