AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

**WAIVER OF INDICTMENT**

DAVID GRUMMER          CASE NUMBER: '08 CR 1140 L

I ,DAVID GRUMMER, the above named defendant, who is accused of Sale of Unregistered Pesticides, in violation of Title 7, U.S.C., Secs. 136j(a)(1)(A) and 136l(b)(1)(B); and Unlawful Sale of Refrigerants, in violation of Title 42, U.S.C., Sec. 7413(c)(1) and 40 CFR 82.154(m); and Unlawful Transportation of Hazardous Substances, in violation of Title 49, U.S.C., Section 5124 and 49 CFR 171.2; having been advised of the nature of the charges, the proposed information, and of my rights, hereby waive prosecution by indictment in open court on April 24 2008, and consent that the proceeding may be by information rather than by indictment.

4-17-08
DAVID GRUMMER

Defendant

Francisco Sanchez, Esq.
Counsel for Defendant

Before:
JUDICIAL OFFICER

**FILED**

APR 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY