| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | MELANIE K. PIERSON |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 112520 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-5685/(619) 557-7055 (Fax) |
|   | Email: melanie.pierson@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr1140-L |
|---|---|---|
|                           | ) |                              |
| Plaintiff,                | ) |                              |
|                           | ) | NOTICE OF APPEARANCE         |
| v.                        | ) |                              |
|                           | ) |                              |
| DAVID GRUMMER,            | ) |                              |
|                           | ) |                              |
| Defendant.                | ) |                              |
|                           | ) |                              |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Melanie K. Pierson | 112520 | (619) 557-5685 | Melanie.Pierson@usdoj.gov |

| | |
|---|---|
| 1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should |
| 2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case: |
| 3 | <u>Name</u>         <u>Cal. Bar No.</u>   <u>Telephone No.</u>       <u>Email Address</u> |
| 4 | NONE |
| 5 | Please call me if you have any questions about this notice. |
| 6 | DATED:  April 29, 2008. |
| 7 |                                         Respectfully submitted, |
| 8 |                                         KAREN P. HEWITT<br>United States Attorney |
| 9 |                                         s/ Melanie K. Pierson |
| 10 |                                        MELANIE K. PIERSON<br>Assistant United States Attorney |
| 11 |                                        Attorneys for Plaintiff<br>United States of America |
| 12 |                                        Melanie.Pierson@usdoj.gov |

Notice of Appearance
United States v. David Grummer         2                            08cr1140-L

|     |     |     |
| --- | --- | --- |
|     | UNITED STATES DISTRICT COURT |     |
|     | SOUTHERN DISTRICT OF CALIFORNIA |     |
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1140-L |
| Plaintiff, | ) |     |
| v. | ) | CERTIFICATE OF SERVICE |
| DAVID GRUMMER, | ) |     |
| Defendant. | ) |     |

IT IS HEREBY CERTIFIED THAT:

I, MELANIE K. PIERSON, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Government's Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**Francisco J. Sanchez, Jr. (fsanchez@teg-sd.com)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2008.

s/Melanie K. Pierson

MELANIE K. PIERSON
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: melanie.pierson@usdoj.gov

Notice of Appearance
United States v. David Grummer           3                           08cr1140-L

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr1140-L |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| DAVID GRUMMER, | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, MELANIE K. PIERSON, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Government's Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

**Francisco J. Sanchez, Jr. (fsanchez@teg-sd.com)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 29, 2008.

s/Melanie K. Pierson

MELANIE K. PIERSON
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: melanie.pierson@usdoj.gov