```
 1  KAREN P. HEWITT
    United States Attorney
 2  MELANIE K. PIERSON
    Assistant U.S. Attorney
 3  California State Bar No. 122520
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-5685

 6  Attorneys for Plaintiff
    United States of America
 7
```

|  |  |
|---|---|
| 8 | UNITED STATES DISTRICT COURT |
| 9 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-1140-L |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | JOINT MOTION TO CONTINUE |
| DAVID GRUMMER, | ) | SENTENCING DATE |
| | ) | |
| Defendant. | ) | |
| | ) | |

The plaintiff, UNITED STATES OF AMERICA, through its counsel, Karen P. Hewitt, United States Attorney, and Melanie K. Pierson, Assistant United States Attorney, and the defendant, David Grummer, with the advice and consent of Francisco Sanchez, Esq., counsel for defendant, hereby move the court to continue the date for sentencing, currently set for Monday, July 7, 2008, at 8:30 am, until Tuesday, August 5, 2008, at 8:30am, due to the unavailability of both counsel on the date currently set. Defendant agrees to file an acknowledgment of the new court date prior to July 7, 2008.

```
                                          KAREN P. HEWITT
                                          United States Attorney


                                           ss Melanie K. Pierson
DATED: June 6, 2008                       MELANIE K. PIERSON
                                          Assistant U.S. Attorney


                                           ss Francisco Sanchez, Esq
DATED: June 6, 2008                       FRANCISCO SANCHEZ, ESQ
                                          Counsel for Defendant DAVID GRUMMER
```


Case 3:08-cr-01140-L    Document 12    Filed 06/06/2008    Page 2 of 2


2
