UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-CR-1140-L |
| Plaintiff, ) | |
| v. ) | ORDER TO CONTINUE SENTENCING |
| DAVID GRUMMER, ) | |
| Defendant. ) | |

The court, having considered the joint motion of the plaintiff, UNITED STATES OF AMERICA, through its counsel, Karen P. Hewitt, United States Attorney, and Melanie K. Pierson, Assistant United States Attorney, and the defendant, David Grummer, with the advice and consent of Francisco Sanchez, Esq., counsel for defendant, finding good cause, orders that the date for sentencing, currently set for Monday, July 7, 2008, at 8:30 am, be changed to Tuesday, August 5, 2008, at 8:30am, and orders the defendant to file an acknowledgment of the new court date prior to July 7, 2008.

IT IS SO ORDERED.

DATED: June 9, 2008

_____
M. James Lorenz
United States District Court Judge