**FRANCISCO J. SANCHEZ, JR.**
Attorney at Law
California State Bar No. 220284
550 West C Street, Ste. 1670
San Diego, CA 92101
Telephone: (619) 232-8000
Facsimile: (619) 237-8898

Attorney for Defendant David Grummer

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     )<br>          Plaintiff, )<br>     )<br>     vs. )<br>     )<br>DAVID GRUMMER, )<br>     )<br>          Defendant. )<br>_____) | Case No.: 08 CR 1140-L<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING TO OCTOBER 27, 2008**<br><br>Date: August 5, 2008<br>Time: 8:30 a.m.<br>Judge: M. James Lorenz |

IT IS HEREBY STIPULATED by and between Defendant DAVID GRUMMER (hereinafter "Mr. GRUMMER"), by and through his attorney of record, Francisco J. Sanchez, Jr. and Plaintiff United States of America, by and through Assistant United States Attorney Melanie Pierson, that Mr. Grummer's Sentencing Hearing be continued from August 5, 2008 at 8:30 a.m. to October 27, 2008 at 8:30 a.m. on the following grounds:

\\\\\
\\\\\
\\\\\
\\\\\

- 1

1. Undersigned has been contacted by Assistant United States Attorney Pierson and has been informed of a subsequent investigation leading to the possibility of additional criminal charges against the defendant;

2. The additional investigation has resulted in search warrants, reports and evidence that undersigned counsel has yet to receive in the normal course of discovery;

3. Undersigned counsel has spoken with the AUSA Pierson and she is in agreement that additional time is required for undersigned counsel to review the additional discovery and properly consult with his client;

4. Defendant is out of custody;

5. Both government counsel and defense counsel agree that time will be excluded under the Speedy Trial Act until the acceptance of plea.

**IT IS SO STIPULATED.**

Dated: August 1, 2008          **FRANCISCO J. SANCHEZ, JR. ESQ**


By /s/ Francisco J. Sanchez, Jr.
Francisco J. Sanchez, Jr.
Attorney for Defendant David Grummer


Dated: August 1, 2008          **KAREN HEWITT**
                               **United States Attorney**


By /s/ Melanie Pierson
Melanie Pierson
Assistant United States Attorney