Francisco J. Sanchez, Jr., Calif. Bar No. 220284
LAW OFFICE OF FRANCISCO J. SANCHEZ, JR.
550 West C Street, Suite 1670
San Diego, CA 92101
Telephone:  (619) 232-8000
Facsimile:  (619) 237-8898

Attorney for Defendant
DAVID GRUMMER

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID GRUMMER<br><br>　　　　　　Defendant | ) CASE  NO.  08 CR 1140-L<br>)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>) |

　　　　Counsel for Defendant, DAVID GRUMMER, certifies that the foregoing pleading is true

and accurate to the best of his information and belief, and that a copy of the foregoing motion

has been electronically served this day upon:

MELANIE PIERSON
U.S. Attorney's Office
880 Front Street
San Diego, CA 92101

Dated:  August 1, 2008                    /s/ Francisco J. Sanchez, Jr.
　　　　　　　　　　　　　　　　　FRANCISCO J. SANCHEZ, JR.
　　　　　　　　　　　　　　　　　550 West C Street, Suite 330
　　　　　　　　　　　　　　　　　San Diego, CA 92101