1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 08-CR-1140-L |
| Plaintiff, ) | **ORDER TO CONTINUE** |
| v. ) | |
| DAVID GRUMMER, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the sentencing in the above-entitled matter scheduled on August 5, 2008 at 8:30 a.m. be continued to October 27, 2008 at 8:30 a.m.

DATED: August 4, 2008

_M. James Lorenz_
M. James Lorenz
United States District Court Judge